FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2009 SEP 16 PM 5: 02

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

MATTHEW PALLADINO
GERDLE MOISE

CASE NO. 6:09-cr-188-Orl-31 KRS
18 U.S.C. § 472
18 U.S.C. § 492- Forfeiture
18 U.S.C. § 982- Forfeiture
28 U.S.C. § 2461(c)-Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about January 23, 2009, in Seminole County, Florida, in the Middle District of Florida, and elsewhere,

**MATTHEW PALLADINO**

the defendant herein, did knowingly and with intent to defraud, pass and utter, and attempt to pass and utter, falsely made, forged, and counterfeit $100 Federal Reserve Notes, which he then knew to be falsely made, forged, and counterfeit.

All in violation of Title 18, United States Code, Section 472.

### COUNT TWO

On or about January 24, 2009, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**MATTHEW PALLADINO**

the defendant herein, did knowingly and with intent to defraud, pass and utter falsely made, forged, and counterfeit $100 Federal Reserve Notes, which he then knew to be

falsely made, forged, and counterfeit.

All in violation of Title 18, United States Code, Section 472.

## COUNT THREE

On or about January 26, 2009, in Seminole County, Florida, in the Middle District of Florida, and elsewhere,

**MATTHEW PALLADINO
and
GERDLE MOISE**

the defendants herein, aiding and abetting each other, did knowingly and with intent to defraud, pass and utter falsely made, forged, and counterfeit $100 Federal Reserve Notes, which they then knew to be falsely made, forged, and counterfeit.

All in violation of Title 18, United States Code, Sections 472 and 2.

## COUNT FOUR

On or about February 13, 2009, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**GERDLE MOISE**

the defendant herein, did knowingly and with intent to defraud, possess falsely made, forged, and counterfeit $100 Federal Reserve Notes, which he then knew to be falsely made, forged, and counterfeit.

All in violation of Title 18, United States Code, Section 472.

## COUNT FIVE

On or about February 15, 2009, in Osceola County, Florida, in the Middle District of Florida, and elsewhere,

2

## GERDLE MOISE

the defendant herein, did knowingly and with intent to defraud, pass and utter falsely made, forged, and counterfeit $100 Federal Reserve Notes, which he then knew to be falsely made, forged, and counterfeit.

All in violation of Title 18, United States Code, Section 472.

## FORFEITURES

1. The allegations contained in Counts One, Two, and Three, of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Sections 982(a)(2)(B) and 492 and Title 28, United States Code, Section 2461(c).

2. The defendant, **MATTHEW PALLADINO**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any and all right, title, and interest he has in any property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of such violations and pursuant to Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461(c) all counterfeits of any coins or obligations or other securities of the United States or of any foreign government, or any articles, devices, and other things made, possessed, or used in violation of this chapter or of sections 331-333, 335, 336, 642 or 1720, of this title, or any material or apparatus used or fitted or intended to be used, in the making of such counterfeits, articles, devices or things, found in the possession of any person without authority from the Secretary of the Treasury or other proper officer.

3. The allegations contained in Counts Three, Four, and Five, of this Indictment are hereby realleged and incorporated by reference for the purpose of

alleging forfeitures pursuant to the provisions of Title 18, United States Code, Sections 982(a)(2)(B) and 492 and Title 28, United States Code, Section 2461(c).

4. The defendant, **GERDLE MOISE,** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any and all right, title, and interest he has in any property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of such violations and pursuant to Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461(c) all counterfeits of any coins or obligations or other securities of the United States or of any foreign government, or any articles, devices, and other things made, possessed, or used in violation of this chapter or of sections 331-333, 335, 336, 642 or 1720, of this title, or any material or apparatus used or fitted or intended to be used, in the making of such counterfeits, articles, devices or things, found in the possession of any person without authority from the Secretary of the Treasury or other proper officer.

5. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title

18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

                                  A TRUE BILL,

                                  _____
                                  Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
     LaKesia Mosley
     Assistant United States Attorney

By: _____
     I. Randall Gold
     Assistant United States Attorney
     Deputy Chief, Orlando Division